

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-87,749-01

### EX PARTE JERRY ALLEN FAIN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1416968-A IN THE 262ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to life imprisonment. He did not appeal his conviction.

After a remand, the trial court signed findings of fact and conclusions of law responsive to the remand order. Applicant then supplemented his writ application with three additional legal grounds for relief raised on the 11.07 form and filed in the court of conviction. This Court has undertaken an independent review of all the evidence in the record. Therefore, based on the trial court's findings of fact and conclusions of law as well as this Court's independent review of the

entire record, we deny relief.

Filed: August 22, 2018
Do not publish